No. 82–5869.   JOHNSON v. UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 82–5872.   CARUTH v. PINKNEY, WARDEN, ET AL. C. A. 7th Cir.   Certiorari denied.

No. 82–5874.   GARRETT v. TENNESSEE.   Ct. Crim. App. Tenn.   Certiorari denied.

No. 82–5875.   FELTON v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 82–5883.   FENG-MING TUNG v. BREWSTER.   C. A. 2d Cir.   Certiorari denied.

No. 82–5884.   SMITH v. GENERAL MOTORS ACCEPTANCE CORP.   C. A. 6th Cir.   Certiorari denied.

No. 82–5885.   WASHINGTON v. VIRGINIA.   Sup. Ct. Va. Certiorari denied.

No. 82–5886.   MOODY v. FLORIDA.   Sup. Ct. Fla.   Certiorari denied.

No. 82–5888.   PHILLIPS v. WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 82–5889.   PRESLEY v. KENTUCKY.   Sup. Ct. Ky. Certiorari denied.

No. 82–5892.   KRAUS v. VIRGINIA.   Sup. Ct. Va.   Certiorari denied.

No. 82–5894.   MUNTNER v. CONTROL DATA CORP. ET AL. C. A. 8th Cir.   Certiorari denied.

No. 82–5896.   SCHREIBER v. ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.